IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY ALLEN JIMENEZ,<br><br>Defendant. | CR-18-91-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 7, 2026. (Doc. 79.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a final revocation hearing on January 6, 2026 (Doc. 75.) The United States accused Gary Jimenez (Jimenez) of violating the

conditions of his supervised by  by: (1) failing to comply with substance abuse testing requirements on November 19, 2025; (2) interacting with a person he knew to be engaged in criminal activity on December 23, 2025; (3) committing another federal, state or local crime by being charged on December 23, 2025 with the misdemeanor offenses of: Careless Driving, in violation of Blackfeet Tribal Code 61-8-302(11); Displaying Plates Assigned to another Vehicle, in violation of Blackfeet Tribal Code 51-3-301(3)(2); and Possession of Drug Paraphernalia, in violation of Blackfeet Tribal Code Ordinance 95, Section H and (4) using methamphetamine on December 23, 2025. (Doc. 73)

    At the revocation hearing, Jimenez admitted that he had violated the conditions of supervised release as set forth in allegation 1, 2 and 4 of the Petition. The government moved to dismiss allegation 3, which Judge Johnston granted. Judge Johnston recommended a sentence of custody of 5 months with 47 months of supervised release to follow. Judge Johnston also recommended during the first six months of supervised release, Jimenez shall be placed in a secure in-patient substance abuse treatment facility, such as Connections Corrections, at the direction of his probation officer  (Doc. 79.) The Court advised Jimenez of his right to appeal and to allocute before the undersigned. (Doc. 75.)

The violations Jimenz admitted prove serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Amended Findings and Recommendations (Doc. 79) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Gary Allen Jimenez be sentenced for a term of custody of 5 months with 47 months supervised release to follow. During the first six months of supervised release, Jimenez shall be placed in a secure in-patient substance abuse treatment facility, such as Connections Corrections, at the direction of his probation officer. This sentence will run concurrently with the sentence in CR-22-29-GF-BMM.

DATED this 26th day of January 2026.

_____
Brian Morris, Chief District Judge
United States District Courts